UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

E. J., et al.,

        Plaintiffs,

           v.                              CASE NO. 3:25-CV-6-DRL-SJF

PENN-HARRIS-MADISON SCHOOL
CORPORATION,

        Defendant.

**ORDER**

Two motions are pending before the Court. The earlier-filed of the two motions is Defendant's Motion to Amend the Scheduling Order for a Brief and Limited Extension for the Completion of Discovery. [DE 25]. The later-filed motion is Plaintiffs' Unopposed Motion for Permission to File the Administrative Record Under Seal. [DE 26]. Both motions note that they are brought unopposed, therefore, they are ripe for ruling. The Court addresses Plaintiffs' motion first and Defendants' motion second.

I.      PLAINTIFFS' MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD UNDER SEAL [DE 26]

On December 30, 2025, Plaintiffs filed their motion, requesting that the administrative record from the hearing in front of the Indiana State Board of Education be filed in this case under seal. [DE 26-1 at 1-2]. Plaintiffs argue that the administrative record must be filed under seal because it was "compiled in the underlying administrative and district court proceedings and includes information protected from public disclosure under federal and state privacy laws, including but not limited to

mental health records, medical records subject to the Health Insurance Portability and Accountability Act (HIPAA), 42 U.S.C. § 1320d, et seq., confidential educational records subject to Family Educational Rights and Privacy Act. 20 U.S.C. § 1232g, (FERPA) and legal protections relating to the privacy of minors, and parties pursuing litigation under pseudonyms." [DE 26-1 at 3]. Plaintiffs seek leave to file the entire administrative record under seal because the volume of confidential material in the record would be difficult and unduly burdensome to redact.

Plaintiffs have demonstrated good cause to seal the relevant filings. *See Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 944 (7th Cir. 1999). Therefore, Plaintiffs' motion will be granted.

Additionally, Federal Rule of Civil Procedure 5.2(a) prohibits the public filing of the names of individuals known to be minors unless the Court orders otherwise. Plaintiffs' Exhibit A [DE 26-2] to the instant motion does not comply with Federal Rule 5.2(a) insofar as it includes the full  name of a minor, and therefore cannot appear on the public docket as it is.

## II.     DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER [DE 25]

On December 19, 2025, Defendant filed his motion to amend the Scheduling Order previously entered in this case [DE 16]. [DE 25]. Defendant seeks a 28-day extension to complete some remaining depositions in this case. Defendant conveys that Plaintiffs do not oppose the requested extension. With good cause shown, as required by Fed. R. Civ. P. 16(b)(4), and agreement of the parties, the motion is granted. The Rule 16(b) Scheduling Order [DE 16] is amended, as outlined below.

### III.    CONCLUSION

Accordingly, Plaintiffs' Unopposed Motion for Permission to File the Administrative Record Under Seal is **GRANTED**. [DE 26]. The Court **DIRECTS** the Plaintiff to file the administrative record under seal by **January 30, 2026**, as requested.

The Court further **DIRECTS** the Clerk of Court to **RESTRICT** from public view, but make available to court users and attorneys of record, Exhibit A to the Unopposed Motion for Permission to File the Administrative Record Under Seal [DE 26-2]. The Court **ORDERS** Plaintiffs to refile Exhibit A [DE 26-2] to their motion by **January 21, 2026**, with the minor child's identifying information (name, birth date, etc.) redacted as provided for in Federal Rule of Civil Procedure 5.2. Further, the Court directs the Clerk of Court to keep Plaintiffs' Exhibit A [DE 26-2] to their motion under seal until Plaintiff files a redacted copy. No other changes may be made. All docket entries shall remain available for public viewing.

The Court further **REMINDS** the parties of the requirement to file only documents that comply with Federal Rule of Civil Procedure 5.2, substituting initials for any minor's full name as necessary, in all documents filed with the Court, including exhibits, and **ADVISES** that future filings that contain any minor's full name will be stricken.

Further, the Defendant's Motion to Amend the Scheduling Order for a Brief and Limited Extension for the Completion of Discovery is **GRANTED**. [DE 25]. The Court's Rule 16(b) Scheduling Order [DE 16] is **AMENDED** as follows: all discovery is to be completed by February 13, 2026.

**SO ORDERED** this 7th day of January 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge