**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| N.J., a minor and individual with a disability, and her parents/guardians/next friends, E.J. and J.J. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:25-cv-00006 |
| PENN-HARRIS-MADISON SCHOOL CORPORATION | ) ) ) ) ) | |
| Defendant. | ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Defendant, Penn-Harris-Madison School Corporation (hereinafter "the Defendant" or "the School"), by counsel, and Plaintiffs, E.J. and J.J. individually and on behalf of their daughter, J.J., a minor, by counsel, respectfully submit the following joint proposed briefing schedule pursuant to this Court's January 8, 2026, Order [Dkt. # 29]:

**Background on discussions of Parties' counsel since January 8, 2026, Scheduling Conference:**

The parties' counsel met and conferred on January 9, 2026, to discuss a proposed briefing schedule as directed by this Court. As the remaining depositions, including both parties' expert witnesses, will be deposed in late January or early February, the parties are proposing briefing based on the dates of expected final transcript receipts, keeping in mind this Court's directive to brief as efficiently as possible. Indeed, the parties are proposing that in addition to combining dispositive motion briefing, the parties combine briefing regarding the supplementation of the administrative record and any Rule 702/*Daubert* motions ("*Daubert* motion").

In determining the proposed dates for dispositive motion briefing, the parties have assumed six weeks for this Court to rule on the combined administrative record/*Daubert* motions. Of course, if the Court requires additional time to issue rulings on these motions, the parties will adjust the schedule for dispositive motions accordingly.

The parties have agreed to confer and plan to submit a large body of stipulated facts to the Court for the dispositive motion briefing to begin in July 2026. Finally, this case includes a judicial review of an administrative decision as well as additional claims being heard by this Court for the first time.

**Parties' Proposed Schedule:**

This Court has directed that dispositive motions for all of the counts be briefed together; as such, the motions will be referred to as "dispositive motions" in the proposed scheduling order.

1. **Proposed Date for Filing of Administrative Record:** The parties propose keeping the **January 30, 2026**, deadline set by this Court on January 7, 2026 [Dkt. # 28].

2. **Proposed Combined Briefing Schedule on Supplementation of Administrative Record and *Daubert* motions (if necessary):**

   a. Deadline for Plaintiffs' Motion to Supplement Administrative Record and any *Daubert* motions (by either party, if applicable): **March 27, 2026.**

   b. Deadline for Defendant's Response to Plaintiffs' Motion to Supplement Administrative Record and both parties' Responses to *Daubert* Motions (by either party, if applicable): **April 24, 2026**

   c. Deadline for Plaintiff's Reply on Motion to Supplement Administrative Record and any Replies to *Daubert* Motions (by either party, if applicable): **May 1, 2026.**

**3. Proposed Combined Briefing Schedule on Dispositive Motions (based on assumption that the Court issues a decision on first round of motions by approximately Mid-June 2026)**

   a. Deadline for Defendant's Dispositive Motion: **July 10, 2026**

   b. Deadline for Plaintiffs' Combined Answering Brief in Opposition to Defendant's Dispositive Motion and Plaintiffs' Dispositive Motion: **August 21, 2026**

   c. Defendant's Combined Reply Brief in Support of its Disposition Motion and in Opposition to Plaintiffs' Dispositive Motion: **September 18, 2026**

   d. Plaintiffs' Reply in Support of its Dispositive Motion: **October 2, 2026**

Dated this 15th day of January, 2026.

Respectfully Submitted,

| | |
|---|---|
| _/s/ Benjamin Jay Hinerfeld_ | _/s/ Scott A. Pyle_ |
| Dorene J. Philpot, Attorney No. 22055-49 | Scott A. Pyle, Attorney No. 25060-89 |
| PHILPOT LAW OFFICE, PLLC | LEWIS & KAPPES, P.C. |
| 275 Bristol Lane | 8585 Broadway, Suite 610A |
| Livingston, TX. 77351 | Merrillville, IN.  46410 |
| 281-989-2010 | (219) 648-2072 |
| fape4kids@gmail.com | spyle@lewis-kappes.com |
| | |
| Benjamin Jay Hinerfeld, | Monica J. Conrad, Attorney No. 17820-98 |
| LAW OFFICE OF BENJAMIN J. HINERFELD | LEWIS & KAPPES, P.C. |
| 9 Stoddard St. | 8585 Broadway, Suite 610A |
| Plymouth, MA. 02360 | Merrillville, IN.  46410 |
| (508) 591-0385 | (219) 648-2072 |
| ben@hinerfeldlaw.com | mconrad@lewis-kappes.com |
| | |
| | Sarah W. Cudahy, Attorney No. 27388-49 |
| | LEWIS & KAPPES, P.C. |
| | One American Square, Suite 2500 |
| | Indianapolis, IN. 46282 |
| | (317) 639-1210 |
| | scudahy@lewis-kappes.com |

_Counsel for Plaintiffs_                    _Counsel for Defendant_

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dorene Philpot, Esq.
Philpot Law Office, PLLC
275 Bristol Lane
Livingston, TX 77351
fape4kids@gmail.com

Benjamin Jay Hinerfeld, Esq. PHV
Law Office of Benjamin J. Hinerfeld
9 Stoddard St.
Plymouth, MA 02360
ben@hinerfeldlaw.com

/s/ Scott A. Pyle
Scott A. Pyle